UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JEFFREY BLISS-GRAHAM,

Plaintiff(s),

v.                                                                26-cv-735

UPSTATE REMEDIAL MANAGEMENT INC.,

Defendant(s).

_____


## CLERK'S ENTRY OF DEFAULT

It appearing that Defendant(s)


UPSTATE REMEDIAL MANAGEMENT INC.
ALLIED ALLIANCE GROUP, INC.
HARRIS HILL CONSULTING GROUP INC.
INTERCAP SERVICES, LLC.


are (is) in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of June 16, 2026.



ANDREW W. MOELLER
Clerk of Court
United States District Court



By: s/ Donna
Deputy Clerk